IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UTKU ASUROGLU,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LOREN MILLER, in her official capacity as Director, U.S. Citizenship and Immigration Services, Nebraska Service Center; MERRICK GARLAND, in his official capacity as Acting Attorney General of the United States; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security; and UR M. JADDOU, in her official capacity as Director, U.S. Citizenship and Immigration Services;<br><br>　　　　　Defendants. | 4:21CV3277<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the plaintiff's Notice of Voluntary Dismissal (Filing No. 22). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice against all defendants. Each party shall bear their own costs.

Dated this 28th day of June, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge